UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WEST KINIOKI MPETSHI,<br><br>Defendant. | No. 17-30074 |

## MOTION FOR MODIFICATION OF BOND CONDITIONS

Defendant WEST KINIOKI MPETSHI, through his attorney, Assistant Federal Public Defender Johanes Maliza, hereby moves the Court for the entry of an Order modifying the bond conditions imposed upon him on January 17, 2018. Order Setting Conditions of Release, Dkt. 8. Specifically, he requests that the Court modify Conditions (7)(d) and 7(e), which require him to surrender his passport and not obtain another. In support, he states as follows:

1.  Mr. Kinioki Mpetshi was arraigned on January 17, 2018, on a four count indictment, all for aiding and assisting in the preparation and presentation of false tax returns.

2.  Mr. Kinioki Mpetshi was released on Bond, and in the Order Setting Conditions of Release, Conditions (7)(d-e) required

him to surrender his passport to the United States Probation Office, and not acquire another passport.

3. Mr. Kinioki Mpetshi is in the United States with a permanent residency card, and as part of his residency and interaction with the United States immigration authorities, he is required to present his passport from time to time.

4. He has a meeting with United States Citizenship and Immigration Services on April 18, 2018. At that meeting, he will need to have his passport to show the USCIS officials.

5. Mr. Kinioki Mpetshi requests his passport for the limited purpose of having it from April 18, 2018, until April 20, 2018. When he has completed his meeting, he will return his passport to the U.S. Probation Office as soon as possible.

6. AUSA Greg Harris does not oppose this motion.

WHEREFORE, Defendant respectfully requests the entry of an Order modifying Conditions (7)(d) and 7(e), permitting him to collect his passport for the limited purpose of presenting it to United States Immigration authorities, and then returning it to Probation once his April 18, 2018 meeting is finished.

Respectfully submitted,

April 4, 2018
WEST KINIOKI MPETSHI,
Defendant,

THOMAS PATTON, Federal Public Defender

By: s/ Johanes Maliza
Johanes C. Maliza
Office of the Federal Public Defender
600 E. Adams St., Second Floor
Springfield, IL 62701
Telephone:    217-492-5070
Facsimile:    217-492-5077
E-mail:    johanes_maliza@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Johanes C. Maliza