UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) CRIMINAL No. 17-cr-30074 ) ) Violations: Title 26, United States ) Code, Sections 7206(1) and 7206(2) |
| WEST KINIOKI MPETSHI, | ) ) |
| Defendant. | ) |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### INTRODUCTION

At all times relevant to this Superseding Indictment:

1. Defendant WEST KINIOKI MPETSHI resided in Jacksonville, Illinois.

2. Defendant WEST KINIOKI MPETSHI prepared tax returns for other individuals for a fee.

3. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for enforcing and administering the tax laws of the United States, and collecting taxes owed to the United States.

4. U.S. Individual Income Tax Returns (Forms 1040) were federal forms used by taxpayers to report gross income, taxable income and taxes due to the IRS in a particular year.

5. The American Opportunity Credit ("AOC") was a tax credit for qualified education expenses paid for an eligible student for the first four years of

higher education. The AOC provides a maximum annual credit of $2,500 per eligible student, and, if the credit reduces the tax a student owes to zero, a student may have up to $1,000 refunded to them.

6. In general, a taxpayer can deduct moving expenses when moving from one home to another during a given tax year for employment purposes.

## COUNTS ONE THROUGH TWO
(26 U.S.C. § 7206(1) – False Income Tax Returns)

7. Paragraphs 1 through 6 are incorporated as though fully set out herein.

8. On or about the dates specified in the table below, in the Central District of Illinois, the defendant,

**WEST KINIOKI MPETSHI**,

willfully made and subscribed false U.S. Individual Income Tax Returns, IRS Forms 1040, for the calendar years specified in the table below, which were verified by a written declaration that they were made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. Those returns were prepared and signed in the Central District of Illinois and were filed with the IRS. The returns were false and fraudulent as to material matters, including, but not limited to, those listed below in that they represented that the defendant was entitled under the provisions of the Internal Revenue laws to claim deductions for items and in amounts hereinafter specified, whereas the defendant then and there knew, that he was not entitled to claim deductions in the claimed amounts.

| Count | Date of Offense | Year | False Item(s) |
|---|---|---|---|
| 1 | January 25, 2015 | 2014 | Line 68 – American Opportunity Credit: $1,000 |
| 2 | January 28, 2016 | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |

All in violation of Title 26, United States Code, Section 7206(1).

## COUNTS THREE THROUGH THIRTY
(26 U.S.C. § 7206(2) – Aiding and Assisting in the Preparation
and Presentation of False Income Tax Returns)

9. Paragraphs 1 through 6 are incorporated as though fully set out herein.

10. On or about the dates specified in the table below, in the Central District of Illinois, the defendant,

**WEST KINIOKI MPETSHI,**

willfully aided and assisted in, procured, counseled, and advised the preparation and presentation to the IRS, of U.S. Individual Income Tax Returns, IRS Forms 1040, for the taxpayers (whose names are known to the Grand Jury and are identified in the table below by their initials) and calendar years specified in the table below. The returns were false and fraudulent as to material matters, including, but not limited to, those listed below in that they represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to claim deductions for items and in amounts hereinafter specified, whereas the defendant then and there knew, the taxpayers were not entitled to claim deductions in the claimed amounts.

3

| Count | Date of Offense | Taxpayer | Year | False Item(s) |
|---|---|---|---|---|
| 3 | April 1, 2015 | R.D. | 2014 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $2,000 |
| 4 | February 13, 2016 | R.D. | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $2,000 |
| 5 | February 23, 2016 | P.Z. | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 6 | March 3, 2016 | C.W.K. | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 7 | February 22, 2015 | J.M. | 2014 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 8 | February 17, 2016 | J.M. | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 9 | February 14, 2015 | D.M. | 2014 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 10 | March 19, 2016 | D.M. | 2015 | Line 26 – Moving Expenses: $4,500<br>Line 68 – American Opportunity Credit: $1,000 |
| 11 | February 27, 2015 | B.N. | 2014 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 12 | February 18, 2016 | B.N. | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 13 | February 23, 2015 | F.N. | 2014 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity |

| | | | | Credit: $2,000 |
|---|---|---|---|---|
| 14 | March 20, 2016 | F.N. | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $2,000 |
| 15 | February 3, 2015 | R.A. | 2014 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 16 | March 16, 2016 | R.A. | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 17 | January 24, 2015 | S.E. | 2014 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 18 | February 7, 2016 | S.E. | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 19 | February 2, 2015 | D.K. | 2014 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 20 | January 31, 2016 | D.K. | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 21 | March 1, 2015 | E.T. | 2014 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 22 | February 27, 2016 | E.T. | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 23 | March 2, 2015 | M.D. | 2014 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 24 | March 26, 2016 | M.D. | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity |

| | | | | Credit: $1,000 |
|---|---|---|---|---|
| 25 | February 21, 2016 | T.K. | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 26 | February 21, 2015 | F.M. | 2014 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 27 | March 8, 2016 | F.M. | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 28 | April 1, 2016 | I.L. | 2015 | Line 26 – Moving Expenses: $7,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 29 | February 21, 2015 | B.O. | 2014 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |
| 30 | February 24, 2016 | B.O. | 2015 | Line 26 – Moving Expenses: $10,000<br>Line 68 – American Opportunity Credit: $1,000 |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL,

s/ Foreperson

FOREPERSON

s/ Andrea A. Kafka

JOHN E. CHILDRESS/GKH and AAK
UNITED STATES ATTORNEY