UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 17-30074-SEM-TSH |
| v. | |
| WEST KINIOKI MPETSHI, | |
| Defendant. | |

**MOTION FOR HEARING ON DEFENDANT'S
MOTION TO PROCEED PRO SE**

Johanes Maliza of the Federal Public Defender's Office for the Central District of Illinois, in support of his client's *pro se* request to proceed *pro se* hereby moves this Court to set a hearing to inquire as to Mr. Kinioki Mpetshi's motion to proceed *pro se.* In support he states as follows:

1. A criminal defendant may waive the right to counsel during his trial and proceed pro se when he knowingly and voluntarily elects to do so. *Faretta v. California*, 422 U.S. 806, 807 (1975).

2. "When [waiver of counsel] is timely made by a competent defendant, a trial court may not deny it." *United States v. Banks*, 828 F.3d 609, 614 (7th Cir. 2016).

3. To determine whether a waiver of a right to counsel was knowing and voluntary, the district court must:

    a. Conduct a formal inquiry into the defendant's decision;

    b. Ensure that the defendant understands the dangers and disadvantages of self-representation;

    c. Consider the defendant's background and experience;

    d. Evaluate the context of the defendant's decision.

*United States v. Banks*, 828 F.3d at 615.

4. The best way to conduct this inquiry is to hold a hearing regarding Mr. Kinioki Mpetshi's request to proceed *pro se*.

5. Further details regarding the attorney client relationship, and the context of the request, could be addressed at the hearing.

WHEREFORE, Counsel respectfully requests that the Court conduct a hearing in order to allow Mr. Kinioki Mpetshi to vindicate his right to proceed *pro se*.

                                    Respectfully submitted,

December 19, 2018        WEST KINIOKI MPETSHI, Defendant,

THOMAS PATTON, Federal Public Defender

By: <u>s/ Johanes Maliza</u>
Johanes C. Maliza (6323056)
Assistant Federal Public Defender
600 E. Adams St., Third Floor
Springfield, IL 62701
Telephone:	217-492-5070
Facsimile:	217-492-5077
E-mail:	johanes_maliza@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

<u>s/ Johanes C. Maliza</u>