**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: 17-CR-30074-SEM-TSH |
| | ) | |
| WEST KINIOKI MPETSHI, | ) | |
| | ) | |
| Defendant. | ) | |

## EMERGENCY MOTION FOR HEARING TO DETERMINE CONTINUED REPRESENTATION OF DEFENDANT

NOW COMES attorney William L. Vig, court-appointed counsel for Defendant, and moves for an emergency hearing to determine continued representation, and in support states as follows:

1.  The undersigned was appointed to represent Defendant in this matter on January 14, 2019.

2.  This case is currently set before the court for a Final Pretrial Conference on July 26, 2019 at 2:30 p.m. before the Honorable Judge Sue E. Myerscough, and for Jury Selection before Magistrate Judge Tom Schanzle-Haskins on August 5, 2019 at 9:00 a.m., with trial to commence immediately thereafter before the Honorable Judge Sue E. Myerscough.

3.  On July 18, 2019, the court granted the parties' Joint Motion to Extend Deadline, extending the deadline for all pretrial documents to be filed by July 22, 2019, at 5:00pm.

4. The undersigned has conferred with the Defendant at length in person and by phone, through an interpreter in order to prepare for trial. The most recent conference occurred in the late morning and early afternoon of July 20, 2019.

5. On July 22, 2019, at approximately 10:40am, the undersigned received an email communication from the Defendant in which Defendant informed the undersigned that Defendant wishes to represent himself, and requested that the undersigned not sign or take any further action on his behalf. The undersigned responded that he would file an emergency motion to obtain a ruling on Defendant's request.

6. Because of the pending pretrial filing deadline, counsel requests that this court rule on defendant's request as soon as possible, and extend the deadline for pretrial filings, and any other deadlines/hearings as necessary, until a reasonable time after such a ruling is made.

7. The undersigned informed Assistant U.S. Attorney Gregory Harris by telephone shortly thereafter of the above, and that the undersigned would be filing the instant motion for the reasons stated herein.

WHEREFORE, Attorney William L. Vig prays that this Court hold a hearing to determine his on-going representation of the Defendant as soon as possible, extend the previously-scheduled deadlines for the filing of all pretrial motions and disclosures pending ruling on this motion, and grant any other such and further relief as this Court deems reasonable and just.

Respectfully submitted,


By: /s/ William L. Vig
Attorney for Defendant


William L. Vig (#6284192)
VIG LAW, P.C.
2601 South 5th Street
Springfield, IL 62703
(217) 241-5628
bill@vig-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Assistant U.S. Attorney Gregory Harris       gregory.harris@usdoj.gov
Assistant U.S. Attorney Patrick Hansen      patrick.hansen@usdoj.gov

/s/ William L. Vig
Attorney for Defendant