UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 17-CR-30074-SEM-TSH |
| WEST KINIOKI MPETSHI, | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

NOW COMES the Defendant, West Kinioki Mpetshi, by his attorney, William L. Vig, and for his Unopposed Motion to Continue Sentencing Hearing, states as follows:

1. This case is currently set before the court for a Sentencing Hearing on December 13, 2019, at 1:30 p.m., before the Honorable Sue E. Myerscough.

2. Due to factors including the availability of the undersigned counsel for Defendant, the Defendant was not interviewed by USPO Thomas Brown for the presentence investigation until October 22, 2019.

3. The undersigned has been informed by USPO Thomas Brown that a continuance of the sentencing hearing would be strongly advisable to permit adequate time to collect information and verifications following the interview of Defendant.

4. The undersigned has been further informed that USPO Brown has discussed this with AUSA Gregory Harris, who has no objection to a continuance of the sentencing hearing for this reason.

5. The undersigned has discussed the above with the Defendant, who understands and agrees with seeking a continuance of the sentencing hearing for this reason.

6. This request is made in the interest of fairness and justice and not for the purpose of any unreasonable or undue delay.

WHEREFORE, the Defendant respectfully requests this Honorable Court continue the previously set Sentencing Hearing for approximately sixty (60) days and grant any other such and further relief as this Court deems reasonable and just.          .

                                      Respectfully submitted,

                                      West Kinioki Mpetshi, Defendant

                                      By:   /s/ William L. Vig
                                                    Attorney for Defendant

William L. Vig (#6284192)
VIG LAW, P.C.
1100 South 5th Street
Springfield, IL 62703
(217) 241-5628
bill@vig-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Assistant U.S. Attorney Gregory Harris    gregory.harris@usdoj.gov

/s/ William L. Vig  
Attorney for Defendant