AO 245B (Rev. 09/17)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
Central District of Illinois

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| West Kinioki Mpetshi | ) | Case Number: 17-30074-001 |
| | ) | USM Number: 22301-026 |
| | ) | William L. Vig |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s)   1s through 30s of the Superseding Indictment
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 USC § 7206(1) | False Income Tax Returns | 1/25/2015 | 1s |
| 26 USC § 7206(1) | False Income Tax Returns | 1/28/2016 | 2s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 4/1/2015 | 3s |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   1 through 4 of the original Indictment   ☐ is   ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/16/2021
Date of Imposition of Judgment

*s/ Sue E. Myerscough*
Signature of Judge

SUE E. MYERSCOUGH, U.S. District Judge
Name and Title of Judge

7/22/21
Date

DEFENDANT: West Kinioki Mpetshi
CASE NUMBER: 17-30074-001

Judgment—Page 2 of 7

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/13/2016 | 4s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/23/2016 | 5s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 3/3/2016 | 6s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/22/2015 | 7s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/17/2016 | 8s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/14/2015 | 9s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 3/19/2016 | 10s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/27/2015 | 11s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/18/2016 | 12s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/23/2015 | 13s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 3/20/2016 | 14s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/3/2015 | 15s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 3/16/2016 | 16s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 1/24/2015 | 17s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/7/2016 | 18s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/2/2015 | 19s |

AO 245B (Rev. 09/17)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page __2__ of __7__

DEFENDANT: West Kinioki Mpetshi
CASE NUMBER: 17-30074-001

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 1/31/2016 | 20s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 3/1/2015 | 21s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/27/2016 | 22s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 3/2/2015 | 23s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 3/26/2016 | 24s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/21/2016 | 25s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/21/2015 | 26s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 3/8/2016 | 27s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 4/1/2016 | 28s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/21/2015 | 29s |
| 26 USC § 7206(2) | Aiding and Assisting in the Preparation and Presentation of False Income Tax Returns | 2/24/2016 | 30s |

Judgment — Page 3 of 7

DEFENDANT: West Kinioki Mpetshi
CASE NUMBER: 17-30074-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

33 months on each of Counts 1s through 30s, all to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in a facility in or near northern Missouri and/or Southern Iowa, as close to his family as possible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☑ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/17) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __4__ of __7__

DEFENDANT: West Kinioki Mpetshi
CASE NUMBER: 17-30074-001

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

1 year on each of Counts 1s through 30s, all to run concurrently.

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the following conditions:

1. The defendant shall not knowingly leave the federal judicial district in which he is approved to reside without the permission of the Court.

2. The defendant shall report to the probation office in the district to which he is released within 72 hours of release from custody. The defendant shall report to the probation officer in a reasonable manner and frequency as directed by the Court or probation officer.

3. The defendant shall follow the instructions of the probation officer as they relate to his conditions of supervision. He shall answer truthfully the questions of the probation officer as they relate to his conditions of supervision, subject to his right against self-incrimination.

4. The defendant shall notify the probation officer at least ten days prior to, or as soon as he knows about, any changes in residence or any time he leaves a job or accepts a job, or any time he changes from one position to another at his workplace.

5. The defendant shall permit a probation officer to visit him at home between the hours of 6:00 a.m. and 11:00 p.m., at his place of employment while he is working, or at the locations of his court-ordered treatment providers. Visits may be conducted at any time if the probation officer has reasonable suspicion to believe that he is in violation of a condition of supervised release or if he or a third party has reported that he is unable to comply with a directive of the probation officer because of illness or emergency.

AO 245B (Rev. 09/17) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page __5__ of __7__

DEFENDANT: West Kinioki Mpetshi
CASE NUMBER: 17-30074-001

## ADDITIONAL SUPERVISED RELEASE TERMS

6. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. This condition does not prevent him from invoking his Fifth Amendment right against self-incrimination.

7. The defendant shall make a meaningful attempt to secure lawful and regular employment, defined as a monthly average of at least 30 hours per week, unless excused by the Court for schooling, training, or other acceptable reason, such as child care, elder care, disability, age, or serious health condition.

8. The defendant shall not engage in any employment involving tax preparation sevices while on supervision unless such employment is first approved by the Court.

9. As long as ordered restitution remains outstanding, the defendant shall provide Probation access to any requested financial information under his control, including his personal tax returns and, if applicable, his business tax returns.

10. As long as ordered restitution remains outstanding, the defendant shall not open additional lines of credit or incur any new debts in excess of $500 without prior approval of the Court.

11. The defendant shall not obtain employment, including self-employment, at any place where he will be involved in the handling or management of cash, credit, tax returns, or other financial instruments, without prior approval of the Court and without disclosing information regarding his federal conviction to his employer.

12. The defendant shall not knowingly possess a firearm, ammunition, destructive device as defined in 18 U.S.C. § 921(a)(4), or any object that he intends to use as a dangerous weapon as defined in 18 U.S.C. § 930(g)(2).

13. The defendant shall pay restitution in the amount of $86,601 to the Internal Revenue Service. Upon release from confinement, he shall make monthly payments of at least 50 percent of his disposable income per month during the entire term of supervised release or until the restitution obligation is paid in full.

### U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

AO 245B (Rev. 09/17)  Judgment in a Criminal Case
　　　　　　　　　　　Sheet 5 — Criminal Monetary Penalties

Judgment — Page __6__ of __7__

DEFENDANT: West Kinioki Mpetshi
CASE NUMBER: 17-30074-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **JVTA Assessment*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $ 3,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**TOTALS**　　$ _____　　$ _____

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　　☐ the interest requirement is waived for the　☐ fine　☐ restitution.

　　☐ the interest requirement for the　☐ fine　☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page 7 of 7

DEFENDANT: West Kinioki Mpetshi
CASE NUMBER: 17-30074-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ 3,000.00 due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☑ The defendant shall pay the cost of prosecution as ordered in the amount of $74,507.77.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.