# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

December 28, 2021

*By the Court*:

|  | UNITED STATES OF AMERICA, |
|  | Plaintiff - Appellee |
| No. 21-2392 | v. |
|  | WEST K. MPETSHI, |
|  | Defendant - Appellant |

| Originating Case Information: |
| --- |
| District Court No: 3:17-cr-30074-SEM-TSH-1 |
| Central District of Illinois |
| District Judge Sue E. Myerscough |

Upon consideration of the **DEFENDANT-APPELLANT'S MOTION TO DISMISS APPEAL**, filed on December 28, 2021, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b) and Circuit Rule 51(f).

CERTIFIED COPY

A True Copy

Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 28, 2021

To:   Shig Yasunaga
      UNITED STATES DISTRICT COURT
      Central District of Illinois
      United States Courthouse & Federal Building
      Springfield, IL 62701-0000

|  | UNITED STATES OF AMERICA, Plaintiff - Appellee |
|---|---|
| No. 21-2392 | v. |
|  | WEST K. MPETSHI, Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 3:17-cr-30074-SEM-TSH-1 | |
| Central District of Illinois | |
| District Judge Sue E. Myerscough | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                    F.R.A.P. 42(b) and C.R. 51(f)

STATUS OF THE RECORD:                                no record to be returned

This notice sent to:
[X]  United States Probation Officer

form name: **c7_Mandate**     (form ID: **135**)